UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09–61272–Civ–COOKE/BANDSTRA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff

vs.

DANIEL M. KANTROWITZ,

    Defendant.

_____/

**ORDER REQUIRING MOTION FOR**
**DEFAULT JUDGMENT AND ORDER TO SHOW CAUSE**

THIS CASE is before me *sua sponte*. I have reviewed the record, and note the default entered by the Clerk of the Court [D.E. 7], as to the Defendant, for failure to answer or otherwise respond to the Summons and Complaint. Although a default was entered by the Clerk, pursuant to Federal Rule of Civil Procedure 55(a), the Plaintiff has not yet moved for a default judgment, pursuant to Federal Rule of Civil Procedure 55(b). Accordingly, it is **ORDERED and ADJUDGED** as follows:

    1. Within seven days of this order, the Plaintiff shall file a motion for default judgment, or shall show cause why such a motion should not be filed.

    2. Within seven days of this order, Defendant, Daniel M. Kantrowitz, shall show cause why a motion for default judgment should not be granted.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 6th day of May 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*
*Daniel M. Kantrowitz*
3041 Holiday Springs Blvd., Apt. 105
Margate, FL 33063